UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 25-CR-080

EDUARDO FLORES-RUIZ,

    Defendant.

## JOINT MOTION TO CONVERT FINAL PRE-TRIAL CONFERENCE TO A STATUS HEARING AND REMOVE TRIAL DATE

    Now comes Eduardo Flores-Ruiz, by his attorney Martin J. Pruhs, and the United States of America, by Richard G. Frohling, Acting United States Attorney, and Keith Alexander, Assistant United States Attorney, for the reasons set forth more fully below, motioning the Court to convert the final pre-trial hearing currently scheduled for Tuesday, June 25th at 3:30pm, to a status hearing and remove the trial date from the Court's calendar.

    IN SUPPORT of this motion, the parties provide the following:

    The defendant, Eduardo Flores-Ruiz, is charged with Reentry of a Removed Alien in violation of Title 8, United States Code, Section 1326(a)(2).

    Mr. Flores-Ruiz and the United States are currently working towards a plea agreement. The parties believe that this agreement will resolve this case thereby negating the need for final pre-trial and trial dates to remain on the Court's calendar.

The parties agree to request that the final pre-trial date be converted to a status date.

As such, Mr. Flores-Ruiz and the United States now jointly move the Court for an order converting the final pre-trial hearing to a status hearing and removing the trial from the Court's calendar.

Respectfully submitted at Milwaukee, Wisconsin this 29th day of May 2025.

RICHARD G. FROHLING
Acting United States Attorney

/s/Martin J. Pruhs
Martin J. Pruhs
Pruhs & Donovan, S.C.
757 N. Broadway, 4th Floor
Milwaukee, WI, 53202

/s/ Keith S. Alexander
KEITH S. ALEXANDER
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue – Room 530
Milwaukee, Wisconsin, 53202